IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERL KEITH BROWN

    Plaintiff,                    No. CIV S-04-1650 WBS CMK

    vs.

CLAIMS BOARD OF THE STATE
OF CALIFORNIA, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Plaintiff, who is proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 12, 2005, the magistrate judge filed findings and recommendations herein, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations; the undersigned has considered the objections and has determined there is no need to modify the findings and recommendations based on the points raised in the objections.

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 12, 2005, are adopted in full;

2. Plaintiff's complaint is dismissed for failure to state a claim upon which relief can be granted.

DATED: January 19, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE